UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

In re: JEFFREY J. PROSSER,
    Debtor(s)

Case No: 3:06 – BK- 30009JKF

AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, C, D, E, F, G, H, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED | NO. SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | Y | 1 | $10,555,808.00 | | |
| B — Personal Property | Y | 4 | $5,552,916.01 plus interest in ICC-LLC | | |
| C — Property Claimed as Exempt | Y | 1 | | | |
| D — Creditors Holding Secured Claims | Y | 2 | | $9,785,776.76 | |
| E — Creditors Holding Unsecured Priority Claims | Y | 2 | | None | |
| F — Creditors Holding Unsecured Nonpriority Claims | Y | 3 | | $168,827,913.21 | |
| G — Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H — Codebtors | Y | 1 | | | |
| I — Current Income of Individual Debtor(s)/month | Y | 1 | | | $120,000.00 |
| J — Current Expenditures of Individual Debtor(s)/month | Y | 1 | | | $114,750.00 |
| | Total number of sheets in all Schedules ➢ | 17 | | | |
| | | Total Assets ➢ | $16,108,724.01 plus interest in ICC-LLC | | |
| Total Liabilities ➢ are principal only. Interest is also claimed by Greenlight. These claims have been compromised and settled. The claimants dispute the efficacy of the settlement. | | | | $178,613,689.97 | |

## AMENDED SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C--Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB WIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Shoys Plot #' s 168, 169, 170 and 171. St. Croix USVI | Fee Simple | T by E | $100,000.00 each $400,000.00-Total | None |
| 45 Victor Herbert Rd. Lake Placid, NY | Fee Simple | T by E | $1,391,000.00 | None |
| 252 El Bravo Way Palm Beach, FL | Fee Simple | T by E | $8,714,808.00 | $5,000,000 (approximately) |
| Herman Hill Lot 90AA St. Croix | Fee Simple | T by E | $50,000.00 | None |
| 4A, 5A, 10A and 10AA Estate Shoys St. Croix, USVI | Possessory Interest | n/a | Undetermined | $2,070,000 (approximately) |
| | | | $10,555,808.00 | TOTAL |

\* To correct mathematical error      (Report total also on Summary of Schedules)

## AMENDED SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Account in FL<br><br>Virgin Islands Community Bank account | J (T by E)<br><br>J (T by E) | $63,082.67<br><br>$233.34 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | New York: audio equipment throughout house and 50% of various wines in house and at storage facility<br><br>St. Croix: audio equipment throughout house and 50% of various wines<br><br>Palm Beach: Alexander Popivic frescos painted on canvas in hall and in master bedroom, audio equipment throughout house except breakfast room and 50% of various wines | J (T by E) | Estimated at $500,000.00<br>NY: $25,000 VI:$50,000.00<br>FL$425,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Artwork in FL<br>Chalice by Passman | J (T by E) | Estimated at $200,000.00 |

| | | | | |
|---|---|---|---|---|
| 6. Wearing apparel. | | Clothes in St. Croix and Palm Beach | | Estimated at $2,500.00 |
| 7. Furs and jewelry. | | Chopard watch rose, white gold Chopard watch with blue band, Chopard ring, TAG watch, various cuff links, 2Cruzian bracelet, and Paterick Phillipe watch | | Estimated at $20,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | VI Community Bank Corp. Stock<br><br>Interest in ICC-LCC | J<br>(T by E)<br>J<br>(T by E) | $4.7 Million (Stock)<br>Undetermined as of this time |

AMENDED SCHEDULE B— PERSONAL PROPERTY

| | | | | |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 SUV in New York | J (T by E) | Estimated at $7,000.00 |
| 24. Boats, motors, and accessories. | | 2 Boats in New York | J (T by E) | Estimated at $60,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops— growing or harvested. | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| give particulars. | | | | | |
| 31. Farming equipment and implements. | X | | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | | |
| | | | | Total | $5,552,916.01 |

## AMENDED SCHEDULE D—CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and the last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community" (Abbreviated: H,W,J,C).

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is Disputed, place an "X" in the column labeled Disputed. You may need to place an X in more than one of these three columns.

Report the total of all claims listed on this Schedule D in the box labeled "Total" on the last sheet of the completed Schedule. Report this total also on the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion If Any |
|---|---|---|---|---|---|---|---|---|
| Bank of America NA<br>700 Louisiana<br>12 Floor<br>Houston, TX 77002 | X | | Mortgage on 252 El Bravo Way, Palm Beach Florida. | | | | $5,000,000.00 | None |
| Banco Popular de Puerto Rico<br>80 Kronprindsens Gade St<br>Charlotte Amalie, St Thomas, VI | X | | VI Community Bank Stock Pledged as collateral | | | | $1,138,141.44 | None |
| First Bank<br>St. Thomas, USVI | X | | Co-signer of note on wife's house - 2004 secured against Debtor's possessory interest. | | | | $1,470,000.00 | None |

| Creditor | C | | Description | D | E | F | Amount | Unsecured |
|---|---|---|---|---|---|---|---|---|
| PHH Mortgage<br>PO Box 371458<br>Pittsburgh, PA. 15250 | X | | Co-signer of note on wife's house - 1989, secured against Debtor's possessory interest. | | | | $600,000.00<br>(approx.) | None |
| Merrill Lynch Credit Corp.<br>A. Jennings Stone<br>Tom Bolt & Associates, PC<br>5600 Royal Dane Mall<br>St. Thomas, VI 00802 | X | | November 24, 1993 | | | X | $1,461,357.59 | |
| Haselton Lumber<br>Essex County, New York | | | March 26, 2004 - June 7, 2006; Mechanic Lien on Lake Placid Home for construction materials | X | X | X | $26,373.69 | |
| Addison Construction & Maintenance, Inc.<br>Frederiksted, VI | | | July – August 2006; Lien on 5, 10A, and 10AA for equipment rented and maintenance on property | X | X | X | $89,904.04 | |
| | | | | | | | TOTAL<br>$9,785,776.76 | |

(Report total also on Summary of Schedules)

## AMENDED SCHEDULE F—CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address,, including zip code, and the last four digits of any account number of all entities holding unsecured claims without priority against the debtor or property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use continuation sheets.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity in the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC" for "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "CONTINGENT." If the claim is unliquidated, place an "X" in the column labeled "UNLIQUIDATED." If the claim is disputed, place an "X" in the column labeled "DISPUTED." You may need to place an X in more than one of these three columns. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules.

| Creditor's Name and Mailing Address Including Zip Code | CODEBTOR | HWJC | Date Claim Was Incurred And Consideration for Claim If Claim is Subject to Setoff, so State | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of Claim |
|---|---|---|---|---|---|---|---|
| RTFC<br>2201 Cooperative Way<br>Herndon, Virginia 20171 | | | Subject to Settlement Agreement | X | X | X | $100,000,000.00<br>Subject to Settlement Agreement |
| Greenlight<br>140 E 45th St<br>New York, NY 10017 | | | Subject to Settlement Agreement | X | X | X | $56,341,843.00<br>Subject to Settlement Agreement |
| Andre Hector<br>5346 Contender Lane<br>Apt. 1505<br>Forth Worth, TX 76132 | | | February 4, 2000 - Present | X | X | X | $1,500,000.00 |
| Adlah Donastorg<br>PO Box 306004<br>St. Thomas, VI 00803 | | | 2004 | X | X | X | $1,500,000.00 |
| Esdel Hansen<br>PO Box 24186 | | | January 2003 - Present | X | X | X | $1,500,000.00 |

| Name/Address | | | Date | | | | Amount |
|---|---|---|---|---|---|---|---|
| St. Croix, VI 00824 | | | | | | | |
| Melvin Claxton<br>155 Ridge Road<br>Grosse Pointe Farms, MI 48236 | | | March 2007 - Present | X | X | X | $1,000,000.00 |
| Lee J. Rohn<br>1101 King Street<br>St. Croix, VI 00820 | | | March 2004 | X | X | X | $2,500,000.00 |
| Tom Pinchbeck<br>211 Little La Grange<br>St. Croix, VI 00840 | | | July 2, 1999 | X | X | X | $600,000.00 |
| Marcelino Pujols<br>984 Sheridan Avenue, Apt. 1K<br>Bronx, NY 10456 | | | August 12, 2005 | X | X | X | $1,500,000.00 |
| Penny Feuerzeig<br>PO Box 9547<br>Charlotte Amalie, VI 00801 | | | December 1, 2003 - Present | X | X | X | $159,775.88 |
| Bell South Telephone Co.<br>1155 Peachtree St. NE<br>Atlanta, GA 30309 | | | July 31, 2006 | X | X | X | $1,294.33 |
| Peter Wiesman et al.<br>C/o Britian H. Bryant Esq.<br>1134 King Street, 2nd Floor<br>St. Croix, VI 00820 | | | 1995-1996 | X | X | X | $2,225,000.00 |
| York Capital Management, LP<br>C/o Attn. David S. Rosner<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 | | | Unknown | X | X | X | Unknown |
| Redwood Domestic Fund, LP<br>C/o Attn. David S. Rosner<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 | | | Unknown | X | X | X | Unknown |
| York Credit Opportunities Fund, LP<br>f/k/a York Distressed Opportunities Fund<br>C/o Attn. David S. Rosner<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 | | | Unknown | X | X | X | Unknown |
| Fir Tree Recovery Master Fund, LP<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 | | | Unknown | X | X | X | Unknown |
| Fir Tree Value Master Fund, LP<br>C/o Attn. David S. Rosner<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway | | | Unknown | X | X | X | Unknown |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| New York, NY 10019 | | | | | | | |
| D.E. Shaw Laminar Lending, Inc.<br>C/o Attn. David S. Rosner<br>Kasowitz, Benson, Torres & Friedman<br>1633 Broadway<br>New York, NY 10019 | | | Unknown | X | X | X | Unknown |
| | | | | | | | TOTAL<br>$168,827,913.21 |

(Report total also on Summary of Schedules)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and amended schedule A, B, D, and F, consisting of 10 sheets and that they are true and correct to the best of my knowledge, information and belief.

Date 11/30/07         Signature  [signature]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.

18 U.S.C. §§152 and 3571.