## AMENDED SCHEDULE A- REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers excercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H","W","J", or "C" in the third column labeled "Husband, Wife, Joint or Community." if the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C—Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBWIFE JOINT COM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Shoys Plot #' s 168, 169, 170 and 171.  St. Croix USVI | Fee Simple | T by E | $100,000.00 each<br><br>$400,000.00-Total | None |
| 45 Victor Herbert Rd. + Lake Placid, NY | Fee Simple | T by E | $1,391,000.00<br><br>(Property is appraised at $2,388,300 for taxes) | None |
| 252 El Bravo Way Palm Beach, FL | Fee Simple | T by E | $8,714,808.00 | $5,000,000 (approximately) |
| Hermon Hill Plot 96 and 97A St. Croix * | Fee Simple | T by E | $50,000.00 | None |
| 4, 4A, 5, 10A and 10AA Estate Shoys St. Croix, USVI * | Possessory Interest | n/a | Undetermined | $2,070,000 (approximately) |
| | | | $10,555,808.00 | TOTAL |

- *To correct error of legal description based on the Examiner' s Report
- + The address of the property is now 89 Victor Herbert Road-It is the same piece of property

(Report total also on Summary of Schedules)

AMENDED SCHEDULE B— PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C— Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G— Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTION OF ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Account in FL<br><br>Virgin Islands Community Bank account | J<br>(T by E)<br><br><br>J | $63,082.67 as of the Chapter 11 Petition Date, Approximately $25,000 upon conversion of case to Chapter 7 and it was taken by the Trustee) Current Value $0.<br><br>$233.34 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | New York: audio equipment throughout house and various wines in house and at storage facility | J | Estimated at $500,000.00<br>NY: $25,000 VI:$50,000.00<br>FL$425,000.00 |
| | | St. Croix: audio equipment throughout house and various wines | J | |
| | | Palm Beach: Alexander Popivic frescos painted on canvas in hall, audio equipment throughout house except breakfast room and various wines | J<br>(T by E) | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Chalice by Passman | | Estimated at $200,000.00 |

| | | | | |
|---|---|---|---|---|
| 6. Wearing apparel. | | Clothes in St. Croix and Palm Beach | | Estimated at $2,500.00 |
| 7. Furs and jewelry. | | Chopard watch rose, white gold Chopard watch with blue band, Chopard ring, TAG watch, various cuff links, 2Cruzian bracelet, and Paterick Phillipe watch | | Estimated at $20,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy (Policy lapsed during case) | | No Value |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | VI Community Bank Corp. Stock<br><br>Interest in ICC-LCC | J<br>(T by E) | $4.7 Million (Stock)<br>Undetermined as of this time |

AMENDED SCHEDULE B— PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | | |
| 15. Accounts receivable. | X | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 SUV in New York | J | Estimated at $7,000.00 | |
| 24. Boats, motors, and accessories. | | 2 Boats in New York | J | Estimated at $60,000 | 00 |
| 25. Aircraft and accessories. | X | | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | | |
| 28. Inventory. | X | | | | |
| 29. Animals. | X | | | | |
| 30. Crops—growing or harvested. | X | | | | |

| | | | | |
|---|---|---|---|---|
| give particulars. | | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total | $5,552,916.01 |

B 6C (official Form 6C)(12-07)

**In re** Jeffrey J. Prosser  
Debtor

**Case No.** 3:06-BK-30009-JKF  
(If known)

# SCHEDULE C – PROPERTY CLAIMED EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(check one box)  
☐ 11 U.S.C. § 522(b)(2)  
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION + |
|---|---|---|---|
| Shoys Plot (Anna's Hope Plot) Numbers 168, 169, 170 and 171 Christiansted, St. Croix, U.S.V.I. | 11 U.S.C. §522(b)(3)(B) | Unlimited | $100,000.00 each $400,000.00 total |
| 45 Victor Herbert Rd. Lake Placid, NY* | 11 U.S.C. §522(b)(3)(B)** | Unlimited | $1,391,000.00 (Prosser's estimated current value of property) $2,388,300.00 (Examiner's estimated current value of property pursuant to the Essex County Tax Appraisal May 1, 2007) |
| 252 El Bravo Way Palm Beach, FL | 11 U.S.C. §522(b)(3)(B) | Unlimited | $8,714,808.00 |
| Hermon Hill, Plots 96, 97A Christiansted, St. Croix, U.S.V.I. | 11 U.S.C. §522(b)(3)(B) | Unlimited | $50,000.00 |
| Estate Shoys Plot Numbers 4, 4A, 5, 10A, 10AA Estate Shoy, Christiansted, St. Croix, U.S.V.I. | V.I.C.A. 5 §478(a) | $30,000.00 | $2,070,000.00 |
| Bank of America account Florida | 11 U.S.C. §522(b)(3)(B) | Unlimited | $0.00 (estimated at $63,082.67 on date of Chapter 11 filing; estimated at $25,000.00 on date of conversion of case to Chapter 7; since the date of conversion the funds have been taken by the Trustee, resulting in a $0.00 balance) |
| Necessary wearing apparel | V.I.C.A. 5 §479(a)(1) | Unlimited | $2,500.00 |
| Alexander Popivic frescos | 11 U.S.C. §522(b)(3)(B) | Unlimited | $425,000.00 |

| | | | |
|---|---|---|---|
| painted on canvas in hall, audio equipment throughout house except breakfast room and various wines Palm Beach, FL | | | |

+ Values are a best estimate based on either purchase price or discussions with brokers. No formal appraisals have been done.
* The address of the property is now 89 Victor Herbert Road – It is the same piece of property
** Under New York law real property held as tenants by the entireties is not subject to 363(h) sale.

In re Jeffrey J. Prosser                                Case No. 3:06 -- BK -- 30009 JKF

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing amended Schedules A, B and C, consisting of 7 sheets, and the attached inventories, consisting of 24 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date 1/11/2008          Signature _____

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§153 and 3571.