# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN, BANKRUPTCY DIVISION

| | |
|---|---|
| In re:<br><br>JEFFREY J. PROSSER,<br><br>    *Debtor*. | Bankr. Case No. 06-30009 (JKF)<br><br>Chapter 7 |
| JEFFREY J. PROSSER,<br><br>    *Movant*,<br>v.<br><br>STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATES OF INNOVATIVE COMMUNICATION CORPORATION, EMERGING COMMUNICATIONS, INC., AND INNOVATIVE COMMUNICATION COMPANY, LLC; JAMES CARROLL, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF JEFFREY J. PROSSER; RURAL TELEPHONE FINANCE COOPERATIVE; AND ARTHUR J. STELZER,<br><br>    *Respondents*. | Related to Docket No. 2764 |

### ORDER DENYING JEFFREY J. PROSSER'S MOTION FOR AN ORDER OF REFERRAL TO THE UNITED STATES ATTORNEY FOR INVESTIGATION OF <u>PERJURY COMMITTED BY ARTHUR J. STELZER & CORDELL JOHNSON</u>

The Court has considered the *Motion for an Order of Referral to the United States Attorney for Investigation of Perjury Committed by Arthur J. Stelzer & Cordell Johnson* filed by Jeffrey J. Prosser (Dkt. No. 2764, the "<u>Motion for Referral</u>"). Based upon the record before it, including the arguments of counsel made at the hearing held July 7, 2010 (the "<u>Hearing</u>"), and for the reasons set forth on the record at the Hearing, the Court hereby finds that:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and

3. There is no basis in the record for a referral of Cordell Johnson to the U.S. Attorney on allegations of perjury or otherwise.

Accordingly, it is hereby:

**ORDERED** that the Motion for Referral is **DENIED** with prejudice. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and consider all matters arising from the implementation or interpretation of this Order.

Dated: July 20, 2010

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald    kdv
United States Bankruptcy Judge