IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS and ST. JOHN

|  |  |
|---|---|
| In re: | Case No. 06-30009 |
| JEFFREY J. PROSSER, | Chapter 7 |
| Debtor. | Related to Doc. No. 2961 |

### ORDER STRIKING JEFFREY J. PROSSER'S NOTICE OF CORRECTION OF THE RECORD, DOC. NO. 2961, AS IMPROPER

**AND NOW**, this **17th** day of **August, 2010**, **WHEREAS** Jeffrey Prosser filed a Notice of Correction of the Record Re. Hearing on Motion for Reconsideration of Order Denying Referral of Arthur J. Stelzer to the United States Attorney, (hereinafter "Notice"), Doc. No. 2961; and

**WHEREAS** the Notice is not a pleading, and is therefore improper;

It is **ORDERED** the Notice shall be **STRICKEN** from the record.

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

kdv