IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN, BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>JEFFREY J. PROSSER,<br><br>Debtor. | **Chapter 7**<br><br>**CASE NO: 06-30009 (JKF)** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF
HOLLAND & KNIGHT LLP ON BEHALF OF BANK OF AMERICA, N.A.**

PLEASE TAKE NOTICE that Holland & Knight LLP hereby appears in the above-captioned Chapter 7 case as attorneys for *Bank of America, N.A.*, and in doing so, requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon it at the office, address and telephone number set forth below, and that it be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

>Lynne B. Xerras, Esq.
>Scott Newman, Esq.
>John J. Monaghan, Esq.
>Holland & Knight LLP
>10 St. James Avenue
>Boston, MA 02116
>Ph: (617) 523-2700
>Fax: (617) 523-6850
>E-mail: bos-bankruptcy@hklaw.com

This Notice of Appearance and Request for Service of Papers (the "Notice") is not intended to constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to

have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    By:___/s/  Lynne B. Xerras____
    Lynne B. Xerras (Mass. Bar # 632441)
    John J. Monaghan (Mass. Bar # 546454)
    10 St. James Avenue
    Boston, MA 02116
    (617)523-2700 (telephone)
    (617)523-6850(Fax)
    bos-bankruptcy@hlaw.com

    and

    Scott B. Newman
    Florida Bar No. 339717
    222 Lakeview Ave., Suite 1000
    West Palm Beach, Florida 33401
    (561) 833-2000 (telephone)
    (561) 650-8399 (Fax)
    scott.newman@hklaw.com

    **COUNSEL FOR BANK OF AMERICA, N.A.**

Dated: March 2, 2011

#10125872_v1