**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

**EXHIBIT 2**

**PL BENTA'S SEPTEMBER 3, 2011, POLICE REPORT OF THE JULY 29TH EVENTS**

# V. I. POLICE DEPARTMENT - United States Virgin Islands

**OFFENSE REPORT** — Page 1 of 3

| # | Field | Value |
|---|---|---|
| 1 | OFFENSE/INCIDENT | Police Assistance |
| 2 | ZONE | C  R/A W-1  P/S 2 |
| 3 | DR# | 11 A-09012 |
| 4 | ARREST # | |
| 5 | UCR # | |
| 6 | COMPLAINANT'S NAME - FIRM OR BUS. | PROSSER, Jeffery |
| 7 | HOME ADDRESS | #5 & 10 Shoys |
| 8 | HOME PHONE | 561-346-6328 |
| 9 | SEX | M |
| 10 | D.O.B. | 09/19/56 |
| 11 | RACE | WHIT |
| 12 | POB | Nebraska |
| 13 | SSN | |
| 14 | OCCUPATION | Self Employed |
| 15 | BUS. ADDRESS OR SCHOOL ATTENDING | BUSINESS OWNER |
| 16 | BUS/SCH PHONE | unk |
| 17 | LOCATION OF INCIDENT (Address) | #5 & 10 Shoys |
| 18 | TIME OF OCCURRENCE | 9:30 AM 07/29/11 Friday & 10:30 AM 07/29/11 Friday |
| 19 | TIME REPORTED | 3:04 PM 09/03/11 Saturday |
| 20 | BY WHOM | BENTA, Oakland |
| 21 | ADDRESS OF REPORTING PERSON | #5 & 10 Shoys |
| 22 | PHONE # | 340-642-7766 |

Items 23–67: N/A

**68. TYPE PREMISE WHERE OFFENSE OCCURRED**
- A. Residence  #5 & 10 Shoys
- B. Non-Residence

**69. POINT OF ENTRY**: (none checked)

**70. LOCATION OF ENTRY**: North

**71. LOCATION OF EXIT**: North

**72. PROTECTIVE DEVICE**: ☒ Other... N/A

**73. PROPERTY TYPE**: ☒ Other... N/a

**74. TOOL**: ☒ Other... N/A

**75. EVIDENCE**: ☒ Other... N/A

**76. METHOD USED**: ☒ Other... N/A

**77. WEAPON**: ☒ Other... N/A

**78. GUN FEATURES**: ☒ Other...

**79. DOCUMENT**: N/A

**80. REPORTING OFFICER**: Pofc Melissa Fraser 1247
**81. SECOND OFFICER**: Pofc Joshua Williams 757
**82. VISITOR(S) INVOLVED AS**: N/A
**83. RECOMMENDS FOLLOW-UP**: ☒ NO
**84. APPROVING OFFICER**: [signature] 1299
**85. REVIEWER**: [signature] Lt.

Stamp: PM 01:18 SEP 07'11 VIPD Rec Bu

## 86. DESCRIPTION OF THE SUSPECT(S)

(1) N/A
Name, Address, Phone No.

(2) ___
Name, Address, Phone No.

(3) ___
Name, Address, Phone No.

(4) ___
Name, Address, Phone No.

### 100. SOLVABILITY FACTORS

| | Yes | No | Unk | |
|---|---|---|---|---|
| 01. | | | | Can suspect vehicle be identified? |
| 02. | | | | Is stolen property traceable? |
| 03. | | | | Was physical evidence collected? |
| 04. | | | | Is specific MO present? |
| 05. | | | | Is victim willing to prosecute? |
| 06. | | | | Was an arrest made? |
| 07. | | | | Can suspect be named? |
| 08. | | | | Can suspect be identified? |
| 09. | | | | Can suspect be described? |
| 10. | | | | Can suspect be located? |
| 11. | | | | Is suspect related to victim? |
| 12. | | | | Was there a witness? |

### 87. SEX
- 01. Male
- 02. Female

### 88. RACE
- 01. White
- 02. Black
- 03. Indian
- 04. Oriental
- 05. Hispanic
- 06. Unknown
- 07. Other

### 89. AGE
- 01. Under 18
- 02. 18-25
- 03. 26-35
- 04. 36-50
- 05. Over 50

### 90. BUILD
- 01. Short
- 02. Medium
- 03. Muscular
- 04. Large
- 05. Slim

### 91. CLOTHING
- 01. Hat
- 02. Coat
- 03. Shirt, Blouse
- 04. Trousers, Skirt
- 05. Shoes

### 92. HEIGHT
- 01. Over 6'3"
- 02. 6'0" - 6'3"
- 03. 5'9" - 6'0"
- 04. 5'6" - 5'9"
- 05. 5'3" - 5'6"
- 06. 5'0" - 5'3"
- 07. Under 5'0"

### 93. EYES (Color)
- 01. Black
- 02. Blue
- 03. Brown
- 04. Gray
- 05. Green
- 06. Hazel
- 07. Maroon
- 08. Pink
- 09. Unknown

### 94. FACIAL HAIR
- 01. Mustache
- 02. Beard
- 03. Sideburns
- 04. Heavy Eyebrows
- 05. Clean Shaven

### 95. HAIR — None
- 01. Bald Head
- 02. Black
- 03. Blonde or Strawberry
- 04. Brown
- 05. Gray or Partial Gray
- 06. Red or Auburn
- 07. Sandy
- 08. White
- 09. Locks
- 10. Unknown

### 96. HAIR STYLE
- 01. Afro
- 02. Long, Straight
- 03. Long, Curly
- 04. Short, Straight
- 05. Short, Curly
- 06. Receding
- 07. Toupee
- 08. Wig
- 09. Bald, w/Fringe
- 10. Locks

### 97. VOCAL IDENTITY
- 01. Foreign
- 02. Southern
- 03. Fast clipped
- 04. West Indian
- 05. Slurred
- 06. Stutters
- 07. Deep Pitch
- 08. High Pitch

### 98. SUSPECT BEHAVIOR
- 01. Threat of Bodily Harm
- 02. Threat of Property Loss
- 03. Tied or Locked up Victim
- 04. Did Considerable Talking
- 05. Did Little or No Talking
- 06. Acted Nervous or Excited
- 07. Acted Calm or Deliberate
- 08. Disguised or Masked
- 09. Used Lubricant
- 10. Malicious Destruction
- 11. Used Tools Found at Scene
- 12. Ate/Drank on Premises
- 13. Defecated
- 14. Perspired
- 15. Unusual Odor
- 16. Other ___

### 99. MODUS OPERANDI OF SUSPECT
- 01. Bound Comp/Victim
- 02. Used Note
- 03. Prostitution Involved
- 04. Used Lookout
- 05. Apologetic
- 06. Made Gestures
- 07. Sex Acts Involved
- 08. Used Stolen Vehicle
- 09. Shots Fired
- 10. Used Comp/Victim Name
- 11. Used Other Familiar Name
- 12. Other ___ Applicable

### 101. RECOMMENDED ACTION — UNDER SOLVABILITY FACTORS
Follow Up By:
- 01. Investigation
- 02. Juvenile
- 03. I.A.U.
- 04. I.I.U. — N/A
- 05. Traffic
- 06. Patrol

Outside Agency
- 07. F.B.I.
- 08. Postal Inspector
- 09. Mental Health — N/A
- 10. Coast Guard
- 11. Narcotics
- 12. Social Welfare
- 13. Other ___

### 102. CASE STATUS
- 01. Unfounded
- 02. Closed/Arrest
- 03. Exception/Cleared
- 04. Suspended
- 05. Open
- ■ 06. Closed

### 103.
| | |
|---|---|
| DISPATCH TIME | 15:06 |
| ARRIVAL TIME | 16:01 |
| DEPARTURE TIME | 16:43 |

### 104. CODE: V - Victim   O - Owner   P - Parent/Guardian   R - Reporting Person   CP - Child Present   W - Witness

| NAME(S) | CODE | RESIDENCE ADDRESS | RES. PHONE | EMPL/SCH/PHONE |
|---|---|---|---|---|
| Benta, Oakland | R | | | 340-642-7766 |
| | | | | |
| | | | | |
| | | | | |

### 105. NARRATIVE:

On today's date, September 3, 2011, my partner Police Officer J. Williams and I were dispatched at approximately 1506 hrs to a Police Assistance incident at #5 & 10 Shoys.

Upon our arrival at approximately 1601, contact was made with Mr. Oakland Benta who informed us that he was the one responsible for the property at #5 & 10 Shoys Christiansted owned by Mr. Jeffery Prosser. Mr. Benta stated that on July 29, 2011, inspectors from the Christie Group came by court order to inspect and transport the wine that was kept on said property at approximately 0930 hrs. Mr. Benta stated that the chilled room where the wine was kept was locked and secured until he unlocked it for the inspectors. Mr. Benta stated that he opened the room for the inspectors to "do what they had to" and he stepped outside. Mr. Benta stated that about fifteen (15) minutes after the inspectors finished, he stepped into the wine room and he immediately felt a temperature change. Mr. Benta further stated that he made a check of the room and noticed that the plug for the air conditioner was unplugged. Mr. Benta concluded saying that he immediately plugged back in the air conditioner and secured the room once again.

Mr. Benta stated that he would provide the names of the inspectors so that a supplement report can be written. I advised Mr. Benta that this was a civil matter and that it would have to be dealt with in civil court.

Case 3:06-bk-30009-MFW  Case: 3:12-cv-00042  Document #: 16  Doc 4858-2  Filed: 04/20/12  Filed 07/19/21  Entered 07/19/21 16:35:58
NARRATIVE CONTINUED        Desc Exhibit  2    Police Report    Page 4 of 4       Page 3 of 3
                                                                                  CR # 11 A- 09012

911 Emergency Call Center was notified of our findings.

Based on the above statement and observations, I request this case be carried closed.

Ptrol Melissa Fra
Malissa J. Fraser