**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

**EXHIBIT 3**

**Virgin Islands Assistant Attorney General's Subpoenas**



**PEOPLE OF
THE VIRGIN ISLANDS OF THE UNITED STATES**

---o---

**DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL**
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340) 773-0295
Fax: (340) 773-1425

September 27, 2011

## INVESTIGATION OF THE OFFICE OF THE ATTORNEY GENERAL
---o---

### REPORT #:11A09012

**TO: CHARLES ANTIN, ASSISTANT VICE PRESIDENT**

**ADDRESS: CHRISTIES – 20 ROCKEFELLER PLAZA, NEW YORK, NY 10002**

Pursuant to Title 4 Virgin Islands Code, Section 601 et.seq.:

You are hereby **COMMANDED** to appear before **POLICE OFFICER CUTHBERT CYRIL**, of the Virgin Islands Police Department, Rainbow Building, #45 Mars Hill, Frederiksted, St. Croix, US Virgin Islands, **FORTHWITH** for an interview in connection with a criminal investigation, in reference to the above Report Number.

**FAILURE to appear at such time and place may lead to the application for an issuance of a warrant for your ARREST pursuant to Title 5 Virgin Islands Code, Section 654.**

DATED: 9/27/11

**VINCENT F. FRAZER
ATTORNEY GENERAL**

By: *Charlotte Poole Davis*

**CHARLOTTE POOLE DAVIS, ESQ.
ASSISTANT ATTORNEY GENERAL**

### RETURN OF SERVICE

**I HEREBY** certify that I received this subpoena on this _____ day of _____ 2011, and served the same via fax number _____ and/or via hand delivery on _____ by showing this original and then by delivering a copy.

_____
**INVESTIGATOR**

PEOPLE OF
THE VIRGIN ISLANDS OF THE UNITED STATES



o

DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340) 773-0295
Fax: (340) 773-1425

September 27, 2011

## INVESTIGATION OF THE OFFICE OF THE ATTORNEY GENERAL
-----0-----

### REPORT #:11A09012

**TO: ROBIN O'CONNOR, HEAD OF WINE DEPARTMENT**

**ADDRESS: CHRISTIES – 20 ROCKEFELLER PLAZA, NEW YORK, NY 10002**

Pursuant to Title 4 Virgin Islands Code, Section 601 et.seq.:

You are hereby **COMMANDED** to appear before **POLICE OFFICER CUTHBERT CYRIL**, of the Virgin Islands Police Department, Rainbow Building, #45 Mars Hill, Frederiksted, St. Croix, US Virgin Islands, **FORTHWITH** for an interview in connection with a criminal investigation, in reference to the above Report Number.

**FAILURE to appear at such time and place may lead to the application for an issuance of a warrant for your ARREST pursuant to Title 5 Virgin Islands Code, Section 654.**

VINCENT F. FRAZER
ATTORNEY GENERAL

DATED: 9/27/11      By: _____
CHARLOTTE POOLE DAVIS, ESQ.
ASSISTANT ATTORNEY GENERAL

### RETURN OF SERVICE

I **HEREBY** certify that I received this subpoena on this _____ day of _____ 2011, and served the same via fax number _____ and/or via hand delivery on _____ by showing this original and then by delivering a copy.

_____
**INVESTIGATOR**