**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 6

# Dec. 9, 2011, Supplemental Police Report

12/14/2011 WED 21:12 FAX 3407196714 VIPD Training Bureau STX ☒001/002

Case 3:06-bk-30009-MFW Doc 4853-6 Filed 07/19/21 Entered 07/19/21 16:35:58
Desc Exhibit 6   12.09.2011 Police Report Page 2 of 2
Case: 1:12-cv-00042 Document #: 1-10 Filed: 04/20/12 Page 2 of 2

# U.S. VIRGIN ISLANDS POLICE DEPARTMENT — SUPPLEMENT REPORT

SUPPLEMENT  1  2  3  4  5

| 1. COMPLAINANT, DRIVER, VICTIM, ARRESTER | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| PROSSER, Jeffery | | 11 A-09012 |

| DATE OF ORIGINAL REPORT | FOLLOWUP INFORMATION OR SUPPLEMENTAL INFORMATION |
|---|---|
| 9/3/2011 | |

| 4. DATE OF THIS REPORT | 5. TIME OFFENSE WAS DISCOVERED A.M. / P.M. | 7. CORRECT OFFENSE OR SUPPLEMENTAL CLASSIFICATION | CHANGED |
|---|---|---|---|
| December 09, 2011 | | N/A | ☐ YES ☐ NO |

| 8. KIND OF REPORT BEING SUPPLEMENTED | ☐ MISSING PERSON ☐ FOUND ☐ UNIDENTIFIED | 9. MULTIPLE CLEAR UP LIST OTHER CR#S HERE: N/A | ☐ YES ☐ NO |
|---|---|---|---|
| ☐ ARREST ☐ PERSON OR PROPERTY | | | |

| 10. OFFENSE, CHARGE, OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Police Assistance | $ N/A |

| 12. VALUE OF PROPERTY NOT RECOVERED $ N/A | 13. INSURED ☐ YES ☐ NO | 14. INSURANCE AGENT: N/A |
|---|---|---|

**15. Instructions:** Record your activity and all developments in the case subsequent to last report, describe and record property recovered, names and arrest numbers of persons arrested, explain any classification changes. Show disposition of recovered property and property number. Indicate case, status and UCR disposition. Indicate items referred to at left. Give names, addresses, dates and time of all personal interviews. Attach statements made by witness, if any.

| ITEM NO. | LOCATION OF OFFENSE |
|---|---|
| | # 5 & 10 Estate Shoys |

ESTIMATE OF TOTAL LOSS VALUE   Cash: $     Property: $

ESTIMATE OF TOTAL RECOVERED   Cash: $     Property: $

In reference to case # 11A09012 Police Assistance report made on 09/03/2011, contact was made with William Stassen who represents James Carroll via telephone. William Stassen supplied the undersigned with the courts transcript Bankruptcy # 06-30009 with the courts ordering the turnover of the wine to James Carroll.

This matter is still under investigation and I request this case be turned over to the Criminal Investigation Bureau.

Cuthbert Cyril # 988

OFFICE USE ONLY

| 16. DATE/TIME TYPE NO. | 17. THIS COPY TO: |
|---|---|

| 18. REPORTING OFFICER UNIT & BADGE NO. C. Cyril 988 | 19. STATUS (Check one) ☒ OPEN ☐ CLOSED ☐ UNFOUNDED ☐ SUSPENDED | 20. UNIT REFERRED TO: | 21. UCR DISPOSITION |
|---|---|---|---|
| 22. SECOND OFFICER UNIT & BADGE NO. | 23. SUPERVISOR APPROVING  NO. | 24. REVIEWER | NO. |