**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 12

# VIAAG's November 21, 2011, Forthwith Subpoena

Case 3:06-bk-30009-JKF Doc 3485-1 Filed 12/05/11 Entered 12/05/11 15:24:39
Desc Exhibit A - Subpoena Page 1 of 2

GOVERNMENT OF
THE VIRGIN ISLANDS OF THE UNITED STATES

DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340) 773-0295
Fax: (340) 773-1425

# FAX COVER PAGE

**PLEASE DELIVER TO:**

NAME: Atty. Patrick Egan
COMPANY/FIRM/DEPT: Fox Rothschild
CITY: Phila., Penn
FAX NUMBER: 215-299-2150

TOTAL NUMBER OF PAGES, INCLUDING COVER PAGE: 2

SUBJECT OR FILE REF: In Re Investigation 11A 09062

**FROM:**

NAME: Cuthbert Cyril, Police Officer
CITY: St. Croix, VI
COMPANY/FIRM/DEPT: VIPD
FAX NUMBER: 340 719 6-714

**REMARKS:**

*The pages comprising this facsimile transmission contain confidential and privileged information. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately, so we may arrange to retrieve this transmission at no cost to you.*

Case 3:06-bk-30009-JKF    Doc 4853-12 Filed 07/19/21 Entered 07/19/21 16:35:58
Desc Exhibit 12 - Forthwith Subpoena    Page 3 of 3

Case 3:06-bk-30009-JKF    Doc 3485-1 Filed 12/05/11 Entered 12/05/11 15:24:39
Desc Exhibit A - Subpoena    Page 2 of 2



**PEOPLE OF
THE VIRGIN ISLANDS OF THE UNITED STATES**
—o—
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340) 773-0295
Fax: (340) 773-1425

November 23, 2011

## INVESTIGATION OF THE OFFICE OF THE ATTORNEY GENERAL
—o—

### REPORT #11A09012

**TO: JAMES CARROLL, Carroll Services, LLC**

**ADDRESS: 4 Mount Royal Ave., Suite 420, Marlboro, Massachusets 01752**

Pursuant to Title 4 Virgin Islands Code, Section 601 et.seq.:

You are hereby **COMMANDED** to appear before **POLICE OFFICER CUTHBERT CYRIL**, of the Virgin Islands Police Department, at Rainbow Building, #45 Mars Hill, Frederiksted, St. Croix, **FORTHWITH** for an interview in connection with a criminal investigation.

**FAILURE to appear at such time and place may lead to the application for an issuance of a warrant for your ARREST pursuant to Title 5 Virgin Islands Code, Section 654.**

VINCENT F. FRAZER
ATTORNEY GENERAL

DATED: 11/23/11    By: _[signature]_
CHARLOTTE POOLE DAVIS, ESQ
ASSISTANT ATTORNEY GENERAL

### RETURN OF SERVICE

I HEREBY certify that I received this subpoena on this _23_ day of November, 2011, and served the same on _James Carroll by fax_ by showing this original and then by delivering a copy on this _23_ day of _November_ 2011.

_[signature]_
**INVESTIGATOR**