**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

**EXHIBIT 2**

**PL BENTA'S SEPTEMBER 3, 2011, POLICE REPORT OF THE JULY 29TH EVENTS**

# V. I. POLICE DEPARTMENT - United States Virgin Islands

**OFFENSE REPORT** — Page 1 of 3

| # | Field | Value |
|---|---|---|
| 1 | OFFENSE/INCIDENT | Police Assistance |
| 2 | ZONE | C |
|  | R/A | W-1 |
|  | P/S | 2 |
| 3 | DR# | 11 A-09012 |
| 4 | ARREST # | |
| 5 | UCR # | |
| 6 | COMPLAINANT'S NAME - FIRM OR BUS. | PROSSER, Jeffery |
| 7 | HOME ADDRESS | #5 & 10 Shoys |
| 8 | HOME PHONE | 561-346-6328 |
| 9 | SEX | M |
| 10 | D.O.B. | 09/19/56 |
| 11 | RACE | WHIT |
| 12 | POB | Nebraska |
| 13 | SSN | |
| 14 | OCCUPATION | Self Employed |
| 15 | BUS. ADDRESS OR SCHOOL ATTENDING | BUSINESS OWNER |
| 16 | BUS/SCH PHONE | unk |
| 17 | LOCATION OF INCIDENT (Address) | #5 & 10 Shoys |
| 18 | TIME OF OCCURRENCE | 9:30 AM 07/29/11 Friday & 10:30 AM 07/29/11 Friday |
| 19 | TIME REPORTED | 3:04 PM 09/03/11 Saturday |
| 20 | BY WHOM | BENTA, Oakland |
| 21 | ADDRESS OF REPORTING PERSON | #5 & 10 Shoys |
| 22 | PHONE # | 340-642-7766 |

Items 23–67: N/A

**68. TYPE PREMISE WHERE OFFENSE OCCURRED**
- A. Residence  #5 & 10 Shoys
- B. Non-Residence

**69. POINT OF ENTRY** — (none checked)

**70. LOCATION OF ENTRY**: North

**71. LOCATION OF EXIT**: North

**72. PROTECTIVE DEVICE**: ☒ Other... N/A

**73. PROPERTY TYPE**: ☒ Other... N/a

**74. TOOL**: ☒ Other... N/A

**75. EVIDENCE**: ☒ Other... N/A

**76. METHOD USED**: ☒ Other... N/A

**77. WEAPON**: ☒ Other... N/A

**78. GUN FEATURES**: ☒ Other...

**79. DOCUMENT**: N/A

PM 01:18 SEP 07 '11 VIPD Rec Bu

**80. REPORTING OFFICER NAME & BADGE NO.**: P/Ofc Melissa Fraser 1244
**81. SECOND OFFICER NAME & BADGE NO.**: P/Ofc Joshua Williams 757
**82. VISITOR(S) INVOLVED AS**: N/A
**83. REPORTING OFFICER RECOMMENDS FOLLOW-UP**: ☒ NO
**84. APPROVING OFFICER PRINT & SIGNATURE**: 1299
**85. REVIEWER'S SIGNATURE & TITLE**:

### 86. DESCRIPTION OF THE SUSPECT(S)  Arrested

(1) N/A
Name, Address, Phone No.

(2) _____
Name, Address, Phone No.

(3) _____
Name, Address, Phone No.

(4) _____
Name, Address, Phone No.

### 100. SOLVABILITY FACTORS
Yes / No / Unk
- 01. Can suspect vehicle be identified?
- 02. Is stolen property traceable?
- 03. Was physical evidence collected?
- 04. Is specific MO present?
- 05. Is victim willing to prosecute?
- 06. Was an arrest made?
- 07. Can suspect be named?
- 08. Can suspect be identified?
- 09. Can suspect be described?
- 10. Can suspect be located?
- 11. Is suspect related to victim?
- 12. Was there a witness?

### 87. SEX
01. Male
02. Female

### 88. RACE
01. White
02. Black
03. Indian
04. Oriental
05. Hispanic
06. Unknown
07. Other

### 89. AGE
01. Under 18
02. 18-25
03. 26-35
04. 36-50
05. Over 50

### 90. BUILD
01. Short
02. Medium
03. Muscular
04. Large
05. Slim

### 91. CLOTHING
01. Hat
02. Coat
03. Shirt, Blouse
04. Trousers, Skirt
05. Shoes

### 92. HEIGHT
01. Over 6'3"
02. 6'0" - 6'3"
03. 5'9" - 6'0"
04. 5'6" - 5'9"
05. 5'3" - 5'6"
06. 5'0" - 5'3"
07. Under 5'0"

### 93. EYES (Color)
01. Black
02. Blue
03. Brown
04. Gray
05. Green
06. Hazel
07. Maroon
08. Pink
09. Unknown

### 94. FACIAL HAIR
01. Mustache
02. Beard
03. Sideburns
04. Heavy Eyebrows
05. Clean Shaven

### 95. HAIR  N/A
01. Bald Head
02. Black
03. Blonde or Strawberry
04. Brown
05. Gray or Partial Gray
06. Red or Auburn
07. Sandy
08. White
09. Locks
10. Unknown

### 96. HAIR STYLE
01. Afro
02. Long, Straight
03. Long, Curly
04. Short, Straight
05. Short, Curly
06. Receding
07. Toupee
08. Wig
09. Bald, w/Fringe
10. Locks

### 97. VOCAL IDENTITY
01. Foreign
02. Southern
03. Fast clipped
04. West Indian
05. Slurred
06. Stutters
07. Deep Pitch
08. High Pitch

### 98. SUSPECT BEHAVIOR
01. Threat of Bodily Harm
02. Threat of Property Loss
03. Tied or Locked up Victim
04. Did Considerable Talking
05. Did Little or No Talking
06. Acted Nervous or Excited
07. Acted Calm or Deliberate
08. Disguised or Masked
09. Used Lubricant
10. Malicious Destruction
11. Used Tools Found at Scene
12. Ate/Drank on Premises
13. Defecated
14. Perspired
15. Unusual Odor
16. Other _____

### 99. MODUS OPERANDI OF SUSPECT
01. Bound Comp/Victim
02. Used Note
03. Prostitution Involved
04. Used Lookout
05. Apologetic
06. Made Gestures
07. Sex Acts Involved
08. Used Stolen Vehicle
09. Shots Fired
10. Used Comp/Victim Name
11. Used Other Familiar Name
12. Other _____  Applicable

### 101. RECOMMENDED ACTION - UNDER SOLVABILITY FACTORS
Follow Up By:
01. Investigation
02. Juvenile
03. I.A.U.
04. I.I.U.  N/A
05. Traffic
06. Patrol

Outside Agency
07. F.B.I.
08. Postal Inspector
09. Mental Health  N/A
10. Coast Guard
11. Narcotics
12. Social Welfare
13. Other _____

### 102. CASE STATUS
01. Unfounded
02. Closed/Arrest
03. Exception/Cleared
04. Suspended
05. Open
■ 06. Closed

### 103.
DISPATCH TIME  15:06
ARRIVAL TIME  16:01
DEPARTURE TIME  16:43

### 104. CODE:  V - Victim   O - Owner   P - Parent/Guardian   R - Reporting Person   CP - Child Present   W - Witness

| NAME(S) | CODE | RESIDENCE ADDRESS | RES. PHONE | EMPL/SCH/PHONE |
|---|---|---|---|---|
| Benta, Oakland | R | | | 340-642-7766 |
| | | | | |
| | | | | |
| | | | | |

### 105. NARRATIVE:
On today's date, September 3, 2011, my partner Police Officer J. Williams and I were dispatched at approximately 1506 hrs to a Police Assistance incident at #5 & 10 Shoys.

   Upon our arrival at approximately 1601, contact was made with Mr. Oakland Benta who informed us that he was the one responsible for the property at #5 & 10 Shoys Christiansted owned by Mr. Jeffery Prosser. Mr. Benta stated that on July 29, 2011, inspectors from the Christie Group came by court order to inspect and transport the wine that was kept on said property at approximately 0930 hrs. Mr. Benta stated that the chilled room where the wine was kept was locked and secured until he unlocked it for the inspectors. Mr. Benta stated that he opened the room for the inspectors to "do what they had to" and he stepped outside. Mr. Benta stated that about fifteen (15) minutes after the inspectors finished, he stepped into the wine room and he immediately felt a temperature change. Mr. Benta further stated that he made a check of the room and noticed that the plug for the air conditioner was unplugged. Mr. Benta concluded saying that he immediately plugged back in the air conditioner and secured the room once again.

   Mr. Benta stated that he would provide the names of the inspectors so that a supplement report can be written. I advised Mr. Benta that this was a civil matter and that it would have to be dealt with in civil court.

Case 3:06-bk-30009-MFW  Doc 4855-2  Filed 07/20/21  Entered 07/20/21 12:07:04
Case: 3:12-cv-00042  Document #: 1-6  Filed: 04/20/12  Page 9 of 3
NARRATIVE CONTINUED    Desc Exhibit Exhibit 2 Police Report    Page 4 of 4    Page 3 of 3
CR # 11 A- 09012

911 Emergency Call Center was notified of our findings.

Based on the above statement and observations, I request this case be carried closed.

Malissa J. Fraser