**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY**
**INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF**
**CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 3

## Virgin Islands Assistant Attorney General's Subpoenas

Case 3:06-bk-30009-MFW Doc 4855-3 Filed 07/20/21 Entered 07/20/21 12:07:04
Desc Exhibit Exhibit 3 VIAAG Subpoenas    Page 2 of 3

Case 3:12-cv-00042 Document #: 17 Filed: 04/20/12 Page 1 of 2

PEOPLE OF
### THE VIRGIN ISLANDS OF THE UNITED STATES



___o___

**DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
6040 Castle Coakley
Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340 773-0295
Fax: (340) 773-1425

September 27, 2011

## INVESTIGATION OF THE OFFICE OF THE
## ATTORNEY GENERAL
-----0-----

## REPORT #:11A09012

### TO: CHARLES ANTIN, ASSISTANT VICE PRESIDENT

### ADDRESS: CHRISTIES – 20 ROCKEFELLER PLAZA, NEW YORK, NY 10002

Pursuant to Title 4 Virgin Islands Code, Section 601 et.seq.:

You are hereby **COMMANDED** to appear before **POLICE OFFICER CUTHBERT CYRIL**, of the Virgin Islands Police Department, Rainbow Building, #45 Mars Hill, Frederiksted, St. Croix, US Virgin Islands, **FORTHWITH** for an interview in connection with a criminal investigation, in reference to the above Report Number.

**FAILURE to appear at such time and place may lead to the application for an issuance of a warrant for your ARREST pursuant to Title 5 Virgin Islands Code, Section 654.**

**VINCENT F. FRAZER**
**ATTORNEY GENERAL**

DATED: 9/27/11    By: _Charlotte Poole Davis_

**CHARLOTTE POOLE DAVIS, ESQ.**
**ASSISTANT ATTORNEY GENERAL**

### RETURN OF SERVICE

**I HEREBY** certify that I received this subpoena on this _____ day of _____ 2011, and served the same via fax number _____ and/or via hand delivery on _____ by showing this original and then by delivering a copy.

_____
**INVESTIGATOR**

Case 3:06-bk-30009-MFW    Doc 4855-3    Filed 07/20/21    Entered 07/20/21 12:07:04
Desc Exhibit Exhibit 3 VIAAG Subpoenas    Page 3 of 3

Case 3:12-cv-00042    Document #: 1-7    Filed: 04/20/12    Page 2 of 2

PEOPLE OF

THE VIRGIN ISLANDS OF THE UNITED STATES



___o___

DEPARTMENT OF JUSTICE

OFFICE OF THE ATTORNEY GENERAL

6040 Castle Coakley

Christiansted, St. Croix, U.S. Virgin Islands 00820

Tel: (340 773-0295
Fax: (340) 773-1425

September 27, 2011

## INVESTIGATION OF THE OFFICE OF THE ATTORNEY GENERAL

-----0-----

### REPORT #:11A09012

**TO:  ROBIN O'CONNOR, HEAD OF WINE DEPARTMENT**

**ADDRESS:  CHRISTIES – 20 ROCKEFELLER PLAZA, NEW YORK, NY 10002**

Pursuant to Title 4 Virgin Islands Code, Section 601 et.seq.:

You are hereby **COMMANDED** to appear before **POLICE OFFICER CUTHBERT CYRIL,** of the Virgin Islands Police Department, Rainbow Building, #45 Mars Hill, Frederiksted, St. Croix, US Virgin Islands, **FORTHWITH** for an interview in connection with a criminal investigation, in reference to the above Report Number.

**FAILURE to appear at such time and place may lead to the application for an issuance of a warrant for your ARREST pursuant to Title 5 Virgin Islands Code, Section 654.**

VINCENT F. FRAZER
ATTORNEY GENERAL.

DATED: 9/27/11

By: _____

CHARLOTTE POOLE DAVIS, ESQ.
ASSISTANT ATTORNEY GENERAL

### RETURN OF SERVICE

I **HEREBY** certify that I received this subpoena on this _____ day of _____ 2011, and served the same via fax number _____ and/or via hand delivery on _____ by showing this original and then by delivering a copy.

_____

INVESTIGATOR