**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 4

# Oct. 10, 2011, Supplemental Police Report

12/08/2011 THU 10:30 FAX 3407196714 VIPD Training Bureau STX 001/001

Case: 3:06-bk-30009-MFW Doc 4855-4 Filed 07/20/21 Entered 07/20/21 12:07:04
Desc Exhibit Exhibit 4 10/10/2011 Police Report Page 2 of 2

U.S. VIRGIN ISLANDS
POLICE DEPARTMENT SUPPLEMENT REPORT

SUPPLEMENT 1 2 3 4 5

| 1. COMPLAINANT, DRIVER, VICTIM, ARRESTER | 2. ARREST NO. | 5. COMPLAINT NO. |
|---|---|---|
| PROSSER, Jeffery | | 011A09012 |

| DATE OF ORIGINAL REPORT | FOLLOWUP INFORMATION OR SUPPLEMENTAL INFORMATION |
|---|---|
| 9-3-2011 | |

| 4. DATE OF THIS REPORT | 6. TIME OFFENSE WAS DISCOVERED A.M. / P.M. | 7. CORRECT OFFENSE OR SUPPLEMENTAL CLASSIFICATION | CHANGED |
|---|---|---|---|
| October 10, 2011 | 10:30 AM | N/A | ☐ YES ☒ NO |

| 8. KIND OF REPORT BEING SUPPLEMENTED | ☐ MISSING PERSON ☐ FOUND ☐ ARREST ☐ PERSON OR PROPERTY ☐ UNIDENTIFIED | 9. MULTIPLE CLEAR UP LIST OTHER CR#S HERE: N/A | ☐ YES ☐ NO |
|---|---|---|---|

| 10. OFFENSE, CHARGE, OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Police Assistance | $ N/A |

| 12. VALUE OF PROPERTY NOT RECOVERED | 13. INSURED | 14. INSURANCE AGENT: |
|---|---|---|
| $ N/A | ☐ YES ☐ NO | N/A |

**15. Instructions:** Record your activity and all developments in the case subsequent to last report, describe and record property recovered, names and arrest numbers of persons arrested, explain any classification changes. Show disposition of recovered property and property number. Indicate case, status and UCR disposition. Indicate items referred to at left. Give names, addresses, dates and time of all personal interviews. Attach statements made by witness, if any.

| ITEM NO. | LOCATION OF OFFENSE #5 & 10 Shoys | | |
|---|---|---|---|
| | ESTIMATE OF TOTAL LOSS VALUE | Cash: $ N/A | Property: $ N/A |
| | ESTIMATE OF TOTAL RECOVERED | Cash: $ N/A | Property: $ N/A |

This Supplement in reference to the above mentioned case #11A09012, a Police Assistance, which was reported on September 3, 2011. This information below is in reference to a witness's statement at the scene on September 3, 2011.

Contact was made with Mr. Laurel Williams who stated that Mr. Benta and he were present at 5 & 10 Shoys when the Christle Group came to inspect the wine that was kept on that property. Mr. Williams stated that the inspectors went into the room to inspect the wine and about 15 minutes after the inspectors left the room, he and Mr. Benta went into the room and felt a drastic temperature change. Mr. Williams stated that he saw the air conditioner unplugged from the wall. Mr. Williams concluded by saying that Mr. Benta plugged back in the air conditioner.

My observations revealed that there were 27 sealed wooden cases that appeared to have wine in them. I also observed that the room was cool and that the thermostat read 61 degrees. I observed two (2) unplugged refrigerators that were stacked halfway with wine bottles in them. I also observed open cardboard boxes on the floor with wine bottles in them. I observed that the door to the room showed no indication of forced entry or foul play.

I request this case be left open pending contact with the inspectors.

PM 12:33 OCT 24 '11 VIPD Rec Bu

| | | OFFICE USE ONLY | |
|---|---|---|---|
| | | 16. DATE/TIME TYPE NO. | 17. THIS COPY TO: |
| 18. REPORTING OFFICER UNIT & BADGE NO. POYC Melisse Frase 124 | 19. STATUS (Check one) ☐ UNFOUNDED ☒ OPEN ☐ CLOSED ☐ SUSPENDED | 20. UNIT REFERRED TO: | 21. UCR DISPOSITION |
| 22. SECOND OFFICER UNIT & BADGE NO. POYC Joshua Williams | 23. SUPERVISOR APPROVING NO. 1205 Ron Wakefield | 24. REVIEWER | NO. |