**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 8

# December 13, 2011, Police Report

# U.S. VIRGIN ISLANDS POLICE DEPARTMENT
## SUPPLEMENT REPORT
SUPPLEMENT 1 2 3 4 5

| 1. COMPLAINANT, DRIVER, VICTIM, ARRESTER | 2. ARREST NO. | 3. COMPLAINT NO. |
|---|---|---|
| PROSSER,, Jeffery | N/A | 11 A-09012 |

| DATE OF ORIGINAL REPORT | FOLLOWUP INFORMATION OR SUPPLEMENTAL INFORMATION |
|---|---|
| 9/3/2011 | |

| 4. DATE OF THIS REPORT | 5. TIME OFFENSE WAS DISCOVERED A.M. / P.M. | 7. CORRECT OFFENSE OR SUPPLEMENTAL CLASSIFICATION | CHANGED |
|---|---|---|---|
| December 13, 2011 | | N/A | ☐ YES ☐ NO |

| 6. KIND OF REPORT BEING SUPPLEMENTED ☐ MISSING PERSON ☐ FOUND ☐ ARREST ☐ PERSON OR PROPERTY ☐ UNIDENTIFIED | 9. MULTIPLE CLEAR UP LIST OTHER CR#S HERE: N/A | ☐ YES ☐ NO |
|---|---|---|

| 10. OFFENSE, CHARGE, OR INCIDENT ON ORIGINAL REPORT | 11. VALUE OF PROPERTY RECOVERED |
|---|---|
| Police Assistance | $ N/A |

| 12. VALUE OF PROPERTY NOT RECOVERED $ N/A | 13. INSURED ☐ YES ☐ NO | 14. INSURANCE AGENT: N/A |
|---|---|---|

**15. Instructions:** Record your activity and all developments in the case subsequent to last report, describe and record property recovered, names and arrest numbers of persons arrested, explain any classification changes. Show disposition of recovered property and property number. Indicate case, status and UCR disposition. Indicate items referred to at left. Give names, addresses, dates and time of all personal interviews. Attach statements made by witness, if any.

**ITEM NO.** **LOCATION OF OFFENSE**
#5 & 10 Estate Shoys

ESTIMATE OF TOTAL LOSS VALUE    Cash: $    Property: $
ESTIMATE OF TOTAL RECOVERED    Cash: $    Property: $

In reference to case # 11A09012 Police Assistance report that was filed on 09/03/20011 several attempts were made to contact Christie's Inc. employees Charles Antin and Robin O'connor to be interviewed for this investigation with negative results. However Steven R. Glaser who represents both Charles Antin and Robin O'connor made contact with the undersigned Police Officer Cuthbert Cyril asking what the interview in reference to. The undersigned advise Steven Glaser that the matter was in reference to what took place when his clients were at # 5 & 10 estate Shoys. Steven Glaser informed the undersigned that he needed to know the extent of the interview and what it was all about. Steven Glaser further stated that unless an agreement had been made to accept a supeona in full that his clients had not been served. That the supeona had to be serve personally.

On 12/08/2011 I received a call from Steven R. Glaser asking and Questioning me about Oakland Benta. I told Steven Glaser that Oakland Benta was not who I wanted to interview why is he asking me about Oakland Benta. In that particular conversation he told me that his clients would not be interviewed. Steven Glaser continued to say that I the undersigned had a agreement in to speaking with the Attorney General office into not prosecuting and getting his clients immunity. Steven Glaser was told by the undersigned Cuthbert Cyril that he and I never had that conversation and I cannot make that decision. Shortly after I got off the phone with Steven Glaser.

The undersigned is unable to complete this investigation due to Steven R. Glaser clients not coming forward and not being allowed to be interviewed. At this time this matter is still under investigation and I request this case be referred to the Criminal Investigation Bureau for further investigation.

Cuthbert Cyril # 988

| 18. REPORTING OFFICER UNIT & BADGE NO. C. Cyril 988 | 19. STATUS (Check one) ☒ OPEN ☐ CLOSED ☐ UNFOUNDED ☐ SUSPENDED | 20. UNIT REFERRED TO: | 21. UCR DISPOSITION |
|---|---|---|---|
| 22. SECOND OFFICER UNIT & BADGE NO. | 23. SUPERVISOR APPROVING NO. | 24. REVIEWER | NO. |

OFFICE USE ONLY
16. DATE/TIME TYPE NO.    17. THIS COPY TO;