**UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**

**COMPLAINT**

**FOR CIVIL RACKETEERING, CIVIL VIOLATIONS OF THE CRIMINALLY INFLUENCED AND CORRUPT ORGANIZATIONS ACT, FOR DEPRIVATION OF CIVIL RIGHTS UNDER THE COLOR OF LAW AND FOR OTHER RELIEF**

# EXHIBIT 10

# Acting Commissioner's Directive

Case 3:06-bk-30009-MFW Doc 4855-10 Filed 07/20/21 Entered 07/20/21 12:07:04
Case: 1:12-cv-00042 Document #: 1-15 Filed: 04/20/12 Page 1 of 1
Dec 28 2011 11:37AM Desc Exhibit Exhibit 10-Directive Page 2 of 23 page 1



Henry W. White, Jr.
Acting Police Commissioner

# Government of
# The Virgin Islands of the United States

**VIRGIN ISLANDS POLICE DEPARTMENT**
**OFFICE OF THE COMMISSIONER**

December 27, 2011



Police Operations and
Administrative Services
#45 Mars Hill, Frederiksted
St. Croix, U.S.V.I. 00840
(340) 778-2211

Alexander Farrelly Justice
Complex
Charlotte Amalie
St. Thomas, U.S.V.I. 00802
(340) 774-2310

Leander Jurgen Command
Cruz Bay
St. John, U.S.V.I. 00830
(340) 693-8880

Patrick Sweeney Complex
RR 02, Kingshill
St. Croix, U.S.V.I. 00850
(340) 778-2244

**DIRECTIVE:**

**To:** Director Oakland Benta
Training Bureau
Estate Mt. Welcome
Christiansted, St. Croix 00820

**From:** Henry W. White, Jr. _____
Acting Police Commissioner

**Subject:** Administrative Leave without Pay
Re: Emergency Suspension

In accordance and Pursuant to the provision of Title 3, Section 258, Rules and regulations of Commissioner, and the Police Manual, Chapters 1, Introduction and 4, Personal Conduct, *you are hereby immediately placed on Administrative Leave without Pay pending the results of an investigation into your involvement in an incident which occurred on or about July 29, 2011 in Estate Shoys, St. Croix.*

*You shall immediately surrender and relinquish all Departmental equipment, all issued firearms you have in your possession, vehicles, issued VIPD employee identification cards and any and all keys to the Training Bureau's Facilities & Offices to the Office of the Police Commissioner.* You are not to enter the offices of the Training Bureau located in Gallows Bay, Estate Welcome, St. Croix nor the Training Bureau located in Sub Base, St. Thomas without notifying the Office of the Police Commissioner in advance of you intent to enter the premise.

Failure to adhere to this Directive and provision of the Police Manual, you may be subjected to further disciplinary sanctions. You are directed to report to the Office of the Police Commissioner every Tuesday at 10:00 a.m. until further notice.

HWW/tsh

xc: Raymond L. Hyndman, Assistant Police Commissioner
Giselle Richardson-Jones, Deputy Commissioner - Support Services
Thomas Hannah, Special Assistant to the Commissioner
Christopher M. Howell, Police Chief (STX)
Frederick Handleman, Legal Counsel
Curtis A. Griffin, Director – Internal Affairs Bureau
Alscess Lewis-Brown, Director – Human Resource Management Bureau
Marjorie Belardo, Director – Payroll Services
Patricia E. Canegata, Labor Relations Specialist
File

Facsimile (340) 715-5517 St. Thomas • (340) 778-2373 St. Croix • (340) 776-6236 St. John